United States District Court
For the Northern District of California

1
2
3  UNITED STATES DISTRICT COURT
4  NORTHERN DISTRICT OF CALIFORNIA
5
6  UNITED STATES OF AMERICA,  No. CR 3-07-70105 MEJ
           Plaintiff(s),
7
       v.  <u>ORDER</u>
8  ELSON QUON LUI,
9          Defendant(s).
10  _____/
11
12      IT APPEARING that an Indictment was filed in the District of South Carolina Anderson Division charging the above-named defendant with a violation of 18, U.S.C. § 1343.
13
14
15      IT IS HEREBY ORDERED that any money posted as bail shall be transmitted to the clerk in the district where the offense was allegedly committed.
16
       IT IS SO ORDERED.
17
18
    Dated:  April 19, 2007
19
                                            _____
20                                           HON. MARIA-ELENA JAMES
                                             United States Magistrate Judge
21
22
23
24
25
26
27
28